CARL THOMAS
724 SCHOOL LANE
FOLCROFT PENNSYLVANIA 19032
Phone  215-478-2959
MYALFONZ@GMAIL.COM



# UNITED STATE BANKRUPTCY COURT

## EASTERN DISTRICT

CARL A THOMAS A/K/A CARL
THOMAS CARL ALPHONSO
THOMAS

      BEBTOR

ÍN RE

TRUSTEE

NO. 21-12770-mdc

MOTION FOR SUMMARY JUDGEMENT BASE OFF
FACTUAL EVIDENCE THAT CARL A THOMAS IS
THE CURRENT OWNER OF THE SUBJECTED
PROPERTY LOCATED AT 724 SCHOOL LANE
FOLCROFT PA, PARCEL NUMBER 20-00-01253-09,



FILED

DEC 2 3 2021

# MOTION FOR SUMARRY JUDGEMENT FOR

# FAILIER TO ANSWER DEBTOR MOTIONS AND

# AFFIDAVIT OF OWNERSHIP.

MOTION FOR SUMMARY JUDGEMENT BASE OFF FACTUAL EVIDENCE THAT CARL A THOMAS IS
THE CURRENT OWNER OF THE SUBJECTED PROPERTY LOCATED AT 724 SCHOOL LANE FOLCROFT
PA, PARCEL NUMBER 20-00-01253-09, - 1

HERE COMES DEBTOR (CARL A THOMAS) filed this petition for this Court to

GRANT judgement in favor of debtor and against Central Penn Capital

Management LLC and its attorney with **fine**, **court cost**, **pain and suffering**, **loss**

**of income**, **sanction and** **restitution with** **punitive damage,** Central Penn Capital

Management LLC and its attorney Kimberlin A Bonner violate the bankruptcy

code 362K (automatic stay) and did not file an answer to debtor motions.

1. The Debtor is Carl A Thomas a/k/a Carl Alphonso Thomas a/k/a Carl Thomas who own
   and occupied a single-family dwelling located at 724 School Lane Folcroft Pennsylvania
   19032  and in legal possession of his property since the Day of purchase August 30,
   2002.

2. On October 08. debtor file for chapter 13 Bankruptcy protection for hardship, struggling
   to make regular payment to his creditor and suspected scammers who trying to evict him
   and steal his home with fraudulent documents file in the Delaware county trial court,
   **Impersonate to be the bank lawyer.**

3. On October 07 to October 19, an unlawful criminal and illegal eviction take place at my
   home located at 724 School Lane Folcroft Pennsylvania 19032, this unlawful illegal and
   criminal eviction was file by Central Penn Capital Management LLC Attorney who has a
   business address Located at **1817 OLDE HOMESTEAD LANE SUITE 101**
   **LANCSTER PA 17601, PHONE NUMBER 717-859-3311.**

4. On October 12, and 13 2021, officer white who works at the Folcroft Police Department
   came to my home and told me that to leave because I do not own this house and if he saw

me back here, he is going to charge me for criminal trespassing and burglar, this officer knows me, and he filed false statement on me in the past.

5. On October 29, 2021, debtor got arrested and charge for burglar and criminal trespassing on his own property that he legally own since the Day of purchase August 30th, 2002, on a warrant charge that officer white falsely fabricate, Debtor spent 8 Days in prison and is out on bail after posting bail for $1000.00.

6. On October 09, 2021, there was a trial held at the Bankruptcy court to enforce the automatic stay by video conference, Kimberly A Bonner, the attorney for Central Penn Capital Management LLC was contacted by phone and a trial take place by phone, during the trial **Kimberly A Bonner** repeatedly gave **false statements** to the Court that debtor is not the owner for the subjected property located at 724 School Lane Folcroft PA 19032 and that Central Penn Capital Management is the owner and that she will provide the court with the **DEED** if the court can reschedule the trial Date, the trial was reschedule for a later Date.

7. **On October 14, 2021,  Central Penn Capital Management and his attorney Kimberly A Bonner** try to **STEAL** Debtor property located at 724 School Lane Folcroft PA 19032, by Record a sheriff **DEED in the Delaware County Record office**, the fraudulent sheriff deed attach to **EXHIBIT A.**

8. **On November 1st, 2021, the FRAUDULENT SHERIFF DEED GOT REJECTED BY THE DELAWARE COUNTY PUBLIC RECORD OFFICE AND THE DEED AND TITLE GOT RESTORED IN DEBTOR NAME.**

MOTION FOR SUMMARY JUDGEMENT BASE OFF FACTUAL EVIDENCE THAT CARL A THOMAS IS THE CURRENT OWNER OF THE SUBJECTED PROPERTY LOCATED AT 724 SCHOOL LANE FOLCROFT PA, PARCEL NUMBER 20-00-01253-09, - 3

9. On November 1st, 2021, **Central Penn Capital Management LLC and its Attorney Kimberly A Bonner try to sell (Liquidate)** Debtor property located at 724 School Lane Folcroft Pennsylvania 19032 parcel number 20-00-01253-09, there was an offer set to buy Debtor property on December 10, 2021, for **$136,000.00** the buyer agent is **Jim Rice (Compass Realter)** the evidence attach to **Exhibit B**

10. **Debtor property is in full jurisdiction of the United State Bankruptcy Court since the Date of filing October 8, 2021, Central Penn Capital Management and its attorney repeatedly VIOLATE the BANKRUPTCY CODE ( CONTEMT THE COURT ORDER OF THE AUTOMATIC STAY), Central Penn Capital Management LLC is not a creditor and Debtor is not in any contract with it, this court must used all its power to bring theses people to justice because they has commit one of the biggest REAL ESTATE AND FINACIAL CRIME, FEDERAL RACKETEERIG (R.I.C.O), they used the lower trial court to commit a fraudulent criminal act.**

## Conclusion:

Wherefore: for all the foregoing reason that Debtor is the current owner for the subjected property and in legal possession of his property the United State protect property owner under the 14th Amendment and no State shall deprive any citizen from their property under the color of Law.

Respectfully: *Carl Thomas*    Date: 12/23/2021

## CERTIFICATE OF SEVICE

I Carl A Thomas certify that I have serve a copy of this motion for summary judgment to the address listed below certify mail, regular mail, electronic mail and handheld delivery to the address listed below.

Kimberly A Bonner

11 East Chocolate Ave Suite 300

Hershey Pennsylvania 17033   Phone# 717-533-3280

&

Central Penn Capital Management LLC

1817 OLDE HOMESTEAD LANE SUITE-101

LANCASTER PA 17601 Phone# 717-859-3311

Sincerly: Carl Thomas 12/23/2021

MOTION FOR SUMMARY JUDGEMENT BASE OFF FACTUAL EVIDENCE THAT CARL A THOMAS IS THE CURRENT OWNER OF THE SUBJECTED PROPERTY LOCATED AT 724 SCHOOL LANE FOLCROFT PA, PARCEL NUMBER 20-00-01253-09, - 5

# VERIFICATION

I Carl A Thomas a/k/a Carl Alphonso Thomas a/k/a Carl Thomas verify that the statements made in this foregoing pleading are true and correct to the of my knowledge, information and belief, I understand that false statements made herein are subject to the penalties of 18 PA. C.S Subsection 4904, relating to unsworn falsification to authorities.

Sign: _Carl Thomas_                    Date: 12/23/2021

MOTION FOR SUMMARY JUDGEMENT BASE OFF FACTUAL EVIDENCE THAT CARL A THOMAS IS
THE CURRENT OWNER OF THE SUBJECTED PROPERTY LOCATED AT 724 SCHOOL LANE FOLCROFT
PA, PARCEL NUMBER 20-00-01253-09, - 6

# EXHIBIT A

Attach to this exhibit is Debtor property card it has more information that an

actual DEED, it is like a person birth certificate, there you will see the birth

of the subjected property when it were built, sold, and who is the current

owner, Debtor is the current owner, Central Penn Capital Management LLC

try to steal Debtor property Three times, see October 14,2021 they try to

make a DEED but it was REJECTED, and it was return to the rightful

OWNER,  Carl A Thomas.

Sincerely *Carl*                                    Date: 12/23/204

MOTION FOR SUMMARY JUDGEMENT BASE OFF FACTUAL EVIDENCE THAT CARL A THOMAS IS
THE CURRENT OWNER OF THE SUBJECTED PROPERTY LOCATED AT 724 SCHOOL LANE FOLCROFT
PA, PARCEL NUMBER 20-00-01253-09, - 7

*THIS IS A EXAMPLE THE SCAMMERS Kimberly A Bonnet try to steal my house making a Deed for central penn, it was Rejected → See Property CARD*



**DO NOT DETACH**

8272595-0006.

*Book and Page*

Robert A. Auclair, Esq.
Delaware County Recorder of Deeds
Government Center, Room 107
201 W. Front Street
Media, PA 19063
610-89!-4152

*Book-6754*

*Page-2043*

Instrument Number: 2021078867
Volume/Page: RECORD BK 6754 PG 2043
Recorded Date: 10/14/2021 11:13:51 AM

Transaction Number: 885723
Collected By: carterd
Document Type: DEED
Document Page Count: : 5

Return To (Mail):
JAMES B NUTTER & COMPANSDC LAW OFFICES
ATTN-JANENE RIMOLO
11 E CHOCOLATE AVE -- STE 300
HERSHEY, PA 17033

Parcel ID: 20-00-01253-09

| Fees: | | Instrument Number: 2021078867 |
|---|---|---|
| RECORDING FEES: | $37.50 | Volume/Page: RECORD BK 6754 PG 2043 |
| AFFORDABLE HOUSING FEE: | $18.00 | Recorded Date: 10/14/2021 11:13:51 AM |
| COUNTY IMPROVEMENT FUND: | $5.00 | |
| ACT 152 FEE: | $15.00 | |
| JCS/ATJ FEE: | $40.25 | |
| ADDITIONAL PAGE FEE: | $2.00 | |
| ADDITIONAL PAGE FEE (AFF): | $2.00 | |
| WRIT TAX: | $0.50 | |
| **Total Fees:** | $120.25 | |
| **Amount Paid:** | $120.25 | |
| **Amount Due:** | $0.00 | |

OFFICIAL RECORDING COVER PAGE
**DO NOT DETACH**
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has
been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL
INFORMATION.



Current Owner- CARL A Thomas
Book- 6754
Owner- CARL A Thomas PAGE-2043

# RESIDENTIAL PROPERTY RECORD CARD

## DELAWARE COUNTY, PA

**Situs : 724 SCHOOL LN**

**Parcel ID: 20-00-01253-09**

**Class: R-SINGLE FAMILY**

**Card: 1 of 1**

**Printed: November 30, 2021**

### CURRENT OWNER

THOMAS CARL A
724 SCHOOL LN
FOLCROFT PA 19032

AG LAND USE: N

Total Acres: .0611

2021 DEC 23 A 2: 32
U.S. BANKRUPTCY COURT

| Type | ID | |
|---|---|---|
| Primary | JRP | |
| | EXH | |

| Date | | |
|---|---|---|
| 11/18/96 | | |
| 07/02/18 | | |

### GENERAL INFORMATION

| | |
|---|---|
| Living Units | 1 |
| Neighborhood | 20R01000 |
| Alternate Id | 20-05-346-000 |
| Vol / Pg | 6754/2043 |
| District | 20 |
| Zoning | |
| Class | 01 |

**Property Notes**

**Assessment Information**

20-00-01253-09  04/16/2018

### Land Information

| Size | Influence Factors | Influence % | Value |
|---|---|---|---|
| 2,660 SF | | 24,200 |

| | Assessed | Appraised | Cost | Income | Market |
|---|---|---|---|---|---|
| Land | 24,200 | 24,200 | 24,200 | 0 | 24,200 |
| Building | 95,140 | 95,140 | 84,760 | 0 | 95,140 |
| Total | 119,340 | 119,340 | 108,960 | 0 | 119,340 |

**Value Flag  MARKET APPROACH**

Manual Override Reason
Base Date of Value
Effective Date of Value

### Entrance Information

| Entry Code | Source |
|---|---|
| Info At Door | Owner |
| Adv Review ed | Other |

### Sales/Ownership History

| Transfer Date | Price | Type | Validity | Deed Reference | Deed Type | Date Issued Number | Price | Purpose | % Complete | Grantee |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/21 | 1 | | Excluded From Market | 6754/2043 | | | | | | THOMAS CARL A |
| 04/06/21 | | | Excluded From Market | 6670/3262 | | | | | | THOMAS CARL |
| 02/05/19 | 65,542 | Land & Building | Tyler Invalid | 6280/1049 | | | | | | THOMAS CARL A  A/K/A |
| 04/05/18 | 71,000 | | Tyler Invalid | 6149/0180 | | | | | | CENTRAL PENN CAPITAL MGMT LLC |
| 09/04/02 | 95,000 | Land & Building | Excluded From Market | 2517/1490 | | | | | | THOMAS CARL ALPHONSO |
| 11/28/73 | | | Old Sale Not Applica | 4880/479 | | | | | | DOBBINS JOHN M ETUX |

**Permit Information**

# RESIDENTIAL PROPERTY RECORD CARD

Situs : 724 SCHOOL LN

Parcel Id: 20-00-01253-09

DELAWARE COUNTY, PA

Class: R-SINGLE FAMILY

Card 1 of 1    Printed November 30, 2021

## Dwelling Information

| Style | Twin |
|---|---|
| Story height | 2 |
| Attic | |
| Exterior Walls | Alum/Vinyl |
| Masonry Trim | x |
| Color | |

| | |
|---|---|
| Year Built | 1964 |
| Eff Year Built | |
| Year Remodeled | |
| Amenities | Walkout Bsmt |
| In-law Apt | Yes |

### Basement

| Basement | Full |
|---|---|
| FBLA Size | x 320 |
| Rec Rm Size | |

| # Car Bsmt Gar | 0 |
|---|---|
| FBLA Type | |
| Rec Rm Type | |
| Fireplaces | |

### Heating & Cooling

| Heat Type | Central W/AC |
|---|---|
| Fuel Type | Gas |
| System Type | W/WAir |

| Stacks | 1 |
|---|---|
| Openings | 1 |
| Pre-Fab | |

### Room Detail

| Bedrooms | 3 |
|---|---|
| Family Rooms | |
| Kitchens | 1 |
| Total Rooms | 6 |
| Kitchen Type | |
| Kitchen Remod | No |

| Full Baths | 1 |
|---|---|
| Half Baths | 1 |
| Extra Fixtures | 2 |
| Bath Type | |
| Bath Remod | No |

Cathedral Ceiling

Int vs Ext Same

### Adjustments

| Unfinished Area | |
|---|---|
| Unheated Area | |

### Grade & Depreciation

Condition: Average

Grade: C

CDU: AVERAGE

| Market Adj | |
|---|---|
| Functional | |
| Economic | |
| % Good Ovr | |

Cost & Design

% Complete 100

### Dwelling Computations

| Base Price | 141,600 |
|---|---|
| Plumbing | 2,510 |
| Basement | 0 |
| Heating | 5,410 |
| Attic | 0 |
| Other Features | 16,680 |
| Subtotal | 166,200 |

| % Good | 51 |
|---|---|
| % Good Override | |
| Functional | |
| Economic | |
| % Complete | 100 |
| C&D Factor | |
| Adj Factor | 1 |
| Additions | |

| Ground Floor Area | 640 |
|---|---|
| Total Living Area | 1,280 |

Dwelling Value    84,760

### Building Notes

## Condominium / Mobile Home Information

| | Complex Name | Condo Model |
|---|---|---|
| Line Type | | |

| | Size 1 | Size 2 |
|---|---|---|

### Outbuilding Data

| | Area | Qty | Yr Blt | Grade | Condition | Value |
|---|---|---|---|---|---|---|

| Unit Number | |
|---|---|
| Unit Level | |
| Unit Parking | |
| Model (MH) | |

| Unit Type | |
|---|---|
| Unit Location | |
| Unit View | |
| Model Make (MH) | |

Number

## Comparable Sales Summary

| Parcel ID | Sale Date | Sale Price | TLA | Style | Yr Built | Grade |
|---|---|---|---|---|---|---|
| 20-00-01253-65 | 27-MAR-19 | 144,000 | 1,360 | 10 | 1975 | C |
| 20-00-01253-70 | 21-FEB-18 | 136,000 | 1,404 | 10 | 1975 | C |
| 20000146600 | 27-OCT-18 | 109,900 | 1,152 | 14 | 1956 | C |
| 20000028701 | 05-JUN-19 | 139,900 | 1,296 | 10 | 1992 | C |
| 20000157268 | 03-JUN-19 | 101,000 | 1,296 | 14 | 1958 | C |

U.S. BANKRUPTCY COURT

2021 DEC 23  PM 2:32

U.S. BANKRUPTCY COURT

# DO NOT DETACH



8272595-C006.

**Instrument Number: 2021078867**
**Volume/Page: RECORD BK 6754 PG 2043**
**Recorded Date: 10/14/2021 11:13:51 AM**

Robert A. Auclair, Esq.
Delaware County Recorder of Deeds
Government Center, Room 107
201 W. Front Street
Media, PA 19063
610-891-4152

Transaction Number: 885723
Collected By: carterd
Document Type: DEED
Document Page Count: : 5

Return To (Mail):
JAMES B NUTTER & COMPANSDC LAW OFFICES
ATTN-JANENE RIMOLO
11 E CHOCOLATE AVE -- STE 300
HERSHEY, PA 17033

Parcel ID: 20-00-01253-09

Instrument Number: 2021078867
Volume/Page: RECORD BK 6754 PG 2043
Recorded Date: 10/14/2021 11:13:51 AM

| Fees: | |
| --- | --- |
| RECORDING FEES: | $37.50 |
| AFFORDABLE HOUSING FEE: | $18.00 |
| COUNTY IMPROVEMENT FUND: | $5.00 |
| ACT 152 FEE: | $15.00 |
| JCS/ATJ FEE: | $40.25 |
| ADDITIONAL PAGE FEE: | $2.00 |
| ADDITIONAL PAGE FEE (AFF): | $2.00 |
| WRIT TAX: | $0.50 |
| **Total Fees:** | $120.25 |
| **Amount Paid:** | $120.25 |
| **Amount Due:** | $0.00 |

OFFICIAL RECORDING COVER PAGE

# DO NOT DETACH

THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has
been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA. PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL
INFORMATION.

Delaware County Recorder of Deeds        Instrument # 2021025586        Page 2 of 4
04/06/2021 08:40:09 AM

**PREPARED BY:**
Mr. Carl A Thomas A/k/a Carl Alphonso Thomas
724 School Ln
Folcroft, Pennsylvania 19032

**AFTER RECORDING RETURN TO:**
Mr. Carl Thomas
724 School Ln
Folcroft, Pennsylvania 19032

**PARCEL ID #:**
20-00-01253-09

# GENERAL WARRANTY DEED

**THIS DEED**, dated , is made by and between Mr. Carl A Thomas A/k/a Carl Alphonso Thomas, the "Grantor," located at 724 School Ln, Folcroft, Pennsylvania 19032 in the County of Delaware, and Mr. Carl Thomas, the "Grantee," whose legal address is 724 School Ln, Folcroft Pennsylvania 19032, located in the County of Delaware.

**WITNESS**, that the Grantor, for and in consideration for the total sum of **1.00** DOLLARS, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs, and assigns forever, all the real property, together with any improvements thereon, located in Delaware County and in the State of Pennsylvania, herein described as follows:

Full legal description: 724 School Lane Folcroft PA,19032, and legally described as: ALL THAT CERTAIN LOT OR PIECE OF GROUND with the building and IMPROVEMENTS there on Erected, SITUATED in the BOROUGH of FOLCROFT COUNTY OF DELAWARE STATE OF PENNSYLVANIA and described according to a Conveyance Plan Known as "DELMAR VILLAGE", said Plan made by Damon and Foster, Civil Engineers Dated January 31 1963 and Revised December 13, 1963, as follows, to wit: BEGINNING at a point on the Southwesterly side of School Lane (formerly Marsh Road) (60 feet wide) said point being measured by the two following courses and distances from a point of curve on the southwesterly side of Delmar Drive (60 feet wide) (1) leaving Delmar Drive on the arc of a circle curving to the right having a radius of 25 feet the arc distances of 47.36 feet to a point of Tangent on the Southwesterly side of School Lane and (2) South 26 degree 06 minutes East along the said side of School Lane 334,86 feet to the point of beginning CONTAINING IN FRONT or breadth Southeastwardly along the side of School Lane 25 feet and extending of that width in length or depth Southwestwardly between parallel lines at right angles to School Lane the Northwesterly being partly through the Wall105.00 feet BEING No. 63asshown on the above mentioned plan, BEING No. 724 School Lane. SAID PROPERTY BEING PURCHASE BY Carl Alphonso Thomas August 30th 2002, and TITLE WAS REINSTATE February 05, 2019, repurchase price was $65,542.00

**ALSO**, known by the street address of 724 School Ln, Folcroft, Pennsylvania 19032 and assessor's schedule or parcel number 20-00-01253-09.

**SUBJECT TO** current taxes and other assessments, reservations in patents and all easements, rights of way, conditions, restrictions, obligations, and liabilities as may appear of record, if any.

*HEREBY* releasing and waiving all rights under and by virtue of the laws of the State of .

*TO HAVE AND TO HOLD* the said premises for the aforesaid tract or parcel of land, with all and singular rights, members and appurtenances thereof, to the same being, belonging, or anywise appertaining, to the only proper use, and benefit of the said GRANTEE, forever, in fee simple.

And the Grantor covenants with the Grantee, that the Grantor has done nothing to impair such title as Grantor received, and Grantor will warrant and defend the title against the lawful claims of all persons claiming by, under or through Grantor.

*IN WITNESS WHEREOF*, the Grantor has executed this deed on the date set forth above.

GRANTOR

(Grantor Signature)

724 School Ln
Folcroft, Pennsylvania 19032

Signed in our presence:

(Witness #1 Signature)

Carl Thomas Jr
(Witness #1)

GRANTEE

(Grantee Signature)

724 School Ln
Folcroft, Pennsylvania 19032

(Witness #2 Signature)

Carl Alphonso Thomas A/K/A
(Witness #2)

Delaware County Recorder of Deeds    Instrument # 2021025586    Page 4 of 4

04/06/2021 08:40:09 AM

State of Pennsylvania

County of Delaware                                    ss.


The foregoing instrument was acknowledged before me on , by Mr. Carl A Thomas A/k/a Carl Alphonso Thomas, the "Grantor" personally appearing before me to execute the foregoing instrument.

Witness my hand and official seal.

_____
(Notary Public Signature)

Notary Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Lawrence Pellegrino, Notary Public
Delaware County
My commission expires March 28, 2025
Commission number 1127302
Member, Pennsylvania Association of Notaries

U.S. BANKRUPTCY COURT
2021 DEC 23 PM 2: 32

20000125309100003507400003579000003936?8

529802-000001

**COPY**   **DELAWARE COUNTY, PENNSYLVANIA - REAL ESTATE TAX BILL**   2021

| BILLING DATE | PROPERTY ID NUMBER | | ASSESSMENT | TAX-RATE | BANK-ID |
|---|---|---|---|---|---|
| 02/01/2021 | 20-00-01253-09 | 1 | 119,340 | 2.999 | |

| DISCOUNT | | FACE | | PENALTY | |
|---|---|---|---|---|---|
| DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX |
| 04/01/2021 | $350.74 | 06/01/2021 | $357.90 | 12/31/2021 | $393.69 |

THOMAS CARL A
724 SCHOOL LN
FOLCROFT PA 19032

PROPERTY/LOCATION/DESC/SIZE

724 SCHOOL LN
2 STY HSE GAR
25 X 105



RETURN THIS PORTION IF RECEIPT DESIRED

^DETACH HERE^                                                                                      ^DETACH HERE^

IF TAXES ARE PAID BY MORTGAGE COMPANY, PLEASE FORWARD BOTH COPIES TO COMPANY
MAKE CHECKS PAYABLE TO DELAWARE COUNTY TREASURER
You may use any of the below listed methods for payment of taxes:
    1. Use the enclosed return envelope to expedite payment of your taxes.
      a. The original tax bill must be submitted with your payment to insure timely and proper credit
      to your account.
      b. If you desire a receipt, enclose both copies with a self-addressed stamped envelope.
      c. Mail to Treasurer of Delaware County, P.O. Box 1886, Media, PA  19063-8886
    2. Pay at any Delaware County TD Bank branch.
      a. If you desire a receipt, both copies must be presented at bank.
    3. Pay at the Court House in Media between 8:30 AM and 4:30 PM
Payment Periods indicated on tax bill.
    1. Discount Period - A 2% discount had been calculated and is allowed on taxes paid within
      2 months of the date billed.
    2. Face Period   - Taxes paid from 2 to 4 months after billing date must be paid at the assessed
      (face) amount.
    3. Penalty Period - If paid after 4 month period, a 10% penalty must also be paid.
Taxes not paid by December 31 of the current year will be lien to the Tax Claim Bureau.

If you should have questions concerning your tax bill, please contact the Self-Tax Collection
Department at the Government Center Building in Media, PA - Phone 610-891-4277, 4278.

The ORIGINAL tax bill must be submitted with your payment of taxes to insure timely and proper credit to
your account.

If you desire a receipt, enclose both forms (original and copy) with stamped self-addressed envelope.

vDETACH HEREv                                                                                      vDETACH HEREv

20000125309100003507400003579000003936?8

**ORIGINAL**   **DELAWARE COUNTY, PENNSYLVANIA - REAL ESTATE TAX BILL**   2021

| BILLING DATE | PROPERTY ID NUMBER | | ASSESSMENT | TAX-RATE | BANK-ID |
|---|---|---|---|---|---|
| 02/01/2021 | 20-00-01253-09 | 1 | 119,340 | 2.999 | |

| DISCOUNT | | FACE | | PENALTY | |
|---|---|---|---|---|---|
| DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX | DUE BY | AMOUNT OF TAX |
| 04/01/2021 | $350.74 | 06/01/2021 | $357.90 | 12/31/2021 | $393.69 |

THOMAS CARL A
724 SCHOOL LN
FOLCROFT PA 19032

PROPERTY/LOCATION/DESC/SIZE

724 SCHOOL LN
2 STY HSE GAR
25 X 105



**DELAWARE COUNTY TAX CLAIM BUREAU ESTIMATED TAX STATEMENT**

DT520PADEL
Rev. 01/18

| Delq Year : 2016 | Type: ANNUAL | Cert : |
| Parcel No : 20-00-01253-09 | | |
| Owner1 : THOMAS CARL A | Owner2 : | |

Property Location : 724 SCHOOL LN      Desc : 2 STY HSE GAR
Date : 11/30/2021      Balance Due as of : 11/2021

### DELINQUENT REAL ESTATE TAXES

| | | BILLING | PENALTY | INTEREST | TOTAL DUE |
|---|---|---|---|---|---|
| **COUNTY** | **CHG** | 481.60 | 48.16 | 3.97 | 533.73 |
| ASSMT: 86000 | **PAY/ADJ** | 481.60 | 48.16 | 3.97 | 533.73 |
| | **NET** | 0.00 | 0.00 | 0.00 | 0.00 |
| **SCHOOL** | **CHG** | 3,114.73 | 311.47 | 25.70 | 3,451.90 |
| | **PAY/ADJ** | 3,114.73 | 311.47 | 25.70 | 3,451.90 |
| | **NET** | 0.00 | 0.00 | 0.00 | 0.00 |
| **MUNICIPALITY** | **CHG** | 524.60 | 52.46 | 4.33 | 581.39 |
| ASSMT: 86000 | **PAY/ADJ** | 524.60 | 52.46 | 4.33 | 581.39 |
| | **NET** | 0.00 | 0.00 | 0.00 | 0.00 |
| **COST** | **CHG** | 64.00 | 0.00 | 0.00 | 64.00 |
| | **PAY/ADJ** | 64.00 | 0.00 | 0.00 | 64.00 |
| | **NET** | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** | **CHG** | 4,184.93 | 412.09 | 34.00 | 4,631.02 |
| | **PAY** | 4,184.93 | 412.09 | 34.00 | 4,631.02 |
| | **NET** | 0.00 | 0.00 | 0.00 | 0.00 |

## Full Payment Received

RD BK06280-1049

2019005296    02/05/2019 11:31.07 AM:1

RCD FEE: $179.25

DT-DEED

20-FOLCROFT $0.00

RECORDER OF DEEDS

DELAWARE
COUNTY

---

Wells Fargo Bank, N.A. s/b/m to Wachovia
Bank, N.A.

v.

Carl A. Thomas a/k/a Carl Alphonso Thomas

COURT OF COMMON PLEAS
DELAWARE COUNTY

No.  CV-2013-007976

---

ORDER

AND NOW, this _33d_ day of _January_ 2019, upon consideration of

Defendant's Petition to Set Aside Sheriff's Sale of Real Estate, and any response thereto, it is

hereby ORDERED and DECREED that:

1.  the *in rem* foreclosure judgment that this Court granted in favor of Plaintiff and against Defendant

on or about May 14, 2014 and in the amount of $65,542.12 is hereby declared to be VOID

ABINITIO;

2.  the Sheriff's Sale of the real property located at 724 School Lane Folcroft, PA    19032 (the

"Property") that occurred on January 10, 2018 is hereby declared to be VOID ABINITIO;

3.  title to the Property is hereby restored to Defendant; and

4.  a certified copy of this Order shall be recorded with the Delaware County Recorder of Deeds.

BY THE COURT:

_____ J.

CERTIFIED A TRUE AND CORRECT
COPY FROM THE RECORD
THIS _5_ DAY OF _February_ A.D. _2019_
ANGELA L. MARTINEZ     DIRECTOR
OFFICE

PARID: 20000125309

PROPERTY LOCATION:

THOMAS CARL A

724 SCHOOL LN

## Parcel

*Current 'owner CARl A Thomas*

| | |
|---|---|
| Site Location: | 724 SCHOOL LN |
| Legal Description: | |
| | 2 STY HSE GAR |
| | 25 X 105 |
| Map Number: | 20-05 -346:000 |
| Municipality: | 20 FOLCROFT |
| School District | S11 - Southeast Delco |
| Property Type: | 01 - Taxable Residential |
| Homestead Status - Next School Bill Cycle: | No |
| Homestead Status - Current School Bill Cycle: | No |
| Homestead % | |
| Homestead Approved Year | |
| Additional Info: | - |
| Veteran's Exemption: | No |

## Owner

| | |
|---|---|
| Name(s) | THOMAS CARL A |
| Name(s) | |
| Care Of | |
| Mailing Address | 724 SCHOOL LN |
| Mailing Address | |
| Mailing Address | FOLCROFT PA 19032 |

## Current Owner

| | |
|---|---|
| Name | THOMAS CARL A |
| Name | |
| Address | 724 SCHOOL LN |
| City | FOLCROFT |
| State | PA |
| Zip Code | 19032- |

## Owner History

*Deed*

*Deed*

*Deed*

*Deed*

| Owner | Book | Page | Sale Date | Sale Price |
|---|---|---|---|---|
| THOMAS CARL A | 6754 | 2043 | 10-14-2021 | 1 |
| THOMAS CARL | 6670 | 3262 | 04-06-2021 | 1 |
| THOMAS CARL A A/K/A | 6280 | 1049 | 02-05-2019 | 65542 |
| CENTRAL PENN CAPITAL MGMT LLC | 6149 | 0180 | 04-05-2018 | 71000 |
| THOMAS CARL ALPHONSO | 2517 | 1490 | 09-04-2002 | 95000 |
| DOBBINS JOHN M ETUX | 488 | 0479 | 11-28-1973 | |

*Reinstatement Price*

## Original Current Year Assessment

| Type of Assessment | Assessment Value | Assessment Date | Reason for Change | Comment |
|---|---|---|---|---|
| 01-Taxable Residential | $119,340 | | - | |

## County Tax Receivable

| Tax Year | Billing Year | Billing Period | Billing Date | Face Amount Due | Discount Posted | Penalty Posted | Fees Posted | Payment Posted | Balance | Pay Date | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 2021 | Original | 02/01/2021 | 357.90 | | | | | 357.90 | | |
| 2020 | 2020 | Original | 02/01/2020 | 469.65 | | 46.97 | | -516.62 | 0.00 | 12/14/2020 | Penalty |
| 2019 | 2019 | Original | 02/01/2019 | 469.65 | -9.39 | | | -460.26 | 0.00 | 03/28/2019 | Discount |
| 2018 | 2018 | Original | 02/01/2018 | 481.60 | -9.64 | | | -471.96 | 0.00 | 04/17/2018 | Discount |
| 2017 | 2017 | Original | 02/01/2017 | 481.60 | | 48.16 | | | 529.76 | | |

## Delinquent Tax

# No Outstanding Delinquent Amounts Found On File

EXCLUDES: Trash, Sewer, and other Local Fees

## Tax Sale Information

# EXHIBIT B

This exhibit has a copy of the Scammers adds (Central Penn Capital

Management LLC} trying to steal Debtor house, they put it up for sale on

November 1st 2021, someone offer $136,000.00 the buyer real-estate agent

name is Jim Rice, This is the biggest Fraudulent business practice in the

U.S.A RIPPING OFF THE AMERICAN FAMILY and it must be report to

the F.B.I (FEDERAL BUREAU OF INVESTIGATION).

Sincerely: *Carl Thomas*            Date: 12/23/2021

MOTION FOR SUMMARY JUDGEMENT BASE OFF FACTUAL EVIDENCE THAT CARL A THOMAS IS
THE CURRENT OWNER OF THE SUBJECTED PROPERTY LOCATED AT 724 SCHOOL LANE FOLCROFT
PA, PARCEL NUMBER 20-00-01253-09, - 8

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF DELAWARE



# Rescheduling Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-32-2-40 |
| MDJ Name: | Honorable Steven A. Sandone |
| Address: | 11 Bartram Avenue |
| | Glenolden, PA 19036 |
| Telephone: | 610-583-6646 |

Commonwealth of Pennsylvania
v.
Carl A. Thomas

Carl A. Thomas
724 School Ln
Folcroft, PA 19032-1723

| | |
|---|---|
| Docket No: | MJ-32240-CR-0000227-2021 |
| Case Filed: | 10/12/2021 |
| Comp/Cit #: | 20211012M0009 |
| OTN: | R 183051-1 |

*NEED FBI*

*- Lock DeBtor up Just to Steal (*

Your Role: Defendant

### Charge(s)

| | |
|---|---|
| 18 § 3502 §§ A2 (Lead) | Burglary - Overnight Accommodation, No Person Present |
| 18 § 3503 §§ B.1II | Criminal Trespass/Simple Trespasser |
| 18 § 3503 §§ B.1III | Criminal Trespass/Simple Trespasser |

A Preliminary Hearing was previously scheduled on December 7, 2021/ 8:45 AM in the above-captioned case. It has been rescheduled to be held on/at:

| | Place: | Magisterial District Court 32-2-40 |
|---|---|---|
| Date: **Tuesday, January 18, 2022** | | 11 Bartram Avenue |
| Time: **8:45 AM** | | Glenolden, PA 19036 |
| | | 610-583-6646 |

Continuance requested by Carl A. Thomas
Reason: Defendant Not Ready

### Notice To Defendant

A complaint has been filed charging you with the offense(s) set forth above and on the attached copy of the complaint. If you fail to appear at the time and place above without cause, you will be deemed to have waived your right to be present at any further proceedings before the Magisterial District Judge and the case will proceed in your absence. If any of the charges against you are held for court, a request for a bench warrant against you will be transmitted to the Court of Common Pleas.
At the preliminary hearing you may:
1. Be represented by counsel;
2. Cross-examine witnesses and inspect physical evidence offered against you;
3. Call witnesses on your behalf other than witnesses to testify to your good reputation only, offer evidence on your behalf and testify;
4. Make written notes of the proceeding, or have your counsel do so, or make a stenographic, mechanical, or electronic record of the proceedings.
If the case is held for court and if you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.

If you cannot afford to hire an attorney, one may be appointed to represent you. Please contact the office of the Magisterial District Judge for additional information regarding the appointment of an attorney. If you have any questions, please call the above office immediately.
Should you fail to appear for your preliminary hearing, a warrant will be issued for your arrest.

December 07, 2021

Date

*Steven A. Sandone*

Magisterial District Judge Steven A. Sandone

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation. You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at https://ujsportal.pacourts.us/epay to make a payment.**

## POLICE CRIMINAL COMPLAINT

| Docket Number CR-222-21 | Date/Filed 10/12/21 | OTN/LiveScan Number R 183057-1 | Complaint/Incident Number 20211012M0009 | |
|---|---|---|---|---|
| **Defendant Name** | First CARL | Middle | Last THOMAS | |

### AFFIDAVIT of PROBABLE CAUSE

On Tuesday October 12th 2021 at 10:23 hours the Folcroft Police received a call to respond to 724 School Lane for a report of a burglary in progress.

Folcroft Police responded and found a male inside of the garage to 724 School Lane, this male was identified as Carl THOMAS. Police were advised by Central Penn Capital Management LLC that they are the current owner of 724 School Lane and that THOMAS was evicted on October 7th 2021 by the Delaware County Sheriff's Office per court order from the Court Of Commons Pleas of Delaware County.

Later on October 12th 2021, your affiant, Detective White did receive paperwork from Central Penn Capital Management LLC stating that they were previously granted ownership 724 School Lane and that THOMAS was in fact evicted on October 7th 2021 and THOMAS was advised by Sheriff's that he was forbidden from entering this property.

Believing that THOMAS was properly evicted and that he was verbally told that he is forbidden from entering 724 School Lane in the Borough of Folcroft, I ask that a warrant be issued for CARL THOMAS.

I, **CORPORAL DANIEL WHITE (57)**_____, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE *CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA* THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

(Signature of Affiant)

Sworn to me and subscribed before me this ___ day of _Oct._, _2021_

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January, _2022_

❮ Folcroft

*HOUSE Thief*
*SCAMMERS*

**See All**

Last check for updates: about 2 hours ago

*Notice Date:*
*12/17/2021*

Listed by Laurel D Eadline

The Noble Group, LLC, (717) 859-3311

Bought with: James P Rice, Compass RE, (610) 822-3356

Source: Bright MLS, MLS#PADE2009370   bright

## Price History for 724 School Ln

| Date | Price | Event | Source |
|------|-------|-------|--------|
| 12/10/2021 | $135,677 | Sold | Bright MLS #PADE2009370 |
| 11/10/2021 | $136,000 | Pending | Bright MLS #PADE2009370 |
| 11/03/2021 | $109,900 | Listed For Sale | Bright MLS #PADE2009370 |
| 04/05/2018 | $71,000 | Sold | Public Records |
| 11/03/2012 | $120,000 | ListingRemoved | Agent Provided |
| 06/26/2012 | $120,000 | PriceChange | Agent Provided |
| 05/03/2012 | $149,900 | Listed For Sale | Agent Provided |
| 10/24/2011 | $155,000 | ListingRemoved | Agent Provided |
| 10/21/2011 | $155,000 | Listed For Sale | Agent Provided |



❮ Folcroft                                                                              ≡

| 09/04/2002 | $95,000 | Sold | Public Records ⌄ |

## Property Taxes and Assessment

| Year | 2021 |
| Tax | $4,548 |
| Assessment | $119,340 |

Home facts updated by county records

## Price Trends

For homes in 19032

*Based on the Trulia Estimate ⓘ

**$166,890**
Typical home value
This home: $135,677 **23% below***

**$143**
Typical Home Value by sqft

Price trends provided by third party data sources.

## Assigned Schools

These are the assigned schools for 724 School Ln.

## Delcroft School                                                    Ac

K-8   Public   673 Students                                          9-1:
Southeast Delco School District                                      Sou



GreatSchools Rating                              Parent Rating Average