# SHERIFF SERVICE PROCESS RECEIPT, and AFFIDAVIT OF RETURN

**WRIT WILL EXPIRE ON** 10-18-21 (90 DAYS FROM THE DATE FILED)

Eviction Thursday October 7, 2021 @ 9:00 am

Denney 8/23/21

201 WEST ... (10) 891-4296

**INSTRUCTIONS FOR SERVICE OF PROCESS:** You must file one instruction sheet for each defendant. Please type. Do Not detach any copies.

1. **PLAINTIFF/S/:** Central Penn Capital Management, LLC
2. **COURT NUMBER:** CV-2018-003563 C
3. **DEFENDANT/S/:** Carl Alphonso Thomas a/k/a Carl A. Thomas
4. **TYPE OF WRIT OR COMPLAINT:** Writ of Possession
5. **NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE:** Carl Alphonso Thomas a/k/a Carl A. Thomas
6. **ADDRESS:** 724 School Lane, Folcroft PA 19032
7. **INDICATE UNUSUAL SERVICE:** ☐ REG. MAIL ☐ DEPUTIZE ☐ POST ☐ OTHER

Now, _____, 20___, I, SHERIFF OF DELAWARE COUNTY, PA., do hereby deputize the Sheriff of _____ County to execute this Writ and make return thereof according to law. This deputation being made at the request and risk of the plaintiff.

**SHERIFF OF DELAWARE COUNTY:** DR-464242  $250.00

8. **SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
Please post per the order. POST

Invoice No. DR-458175
Amount Pd. $185.10
Docket #
Page

9. **PRINT/TYPE NAME AND ADDRESS OF ATTORNEY/ORIGINATOR:**
Kimberly A. Bonner Esq  JSDC Law Offices
11 E. Chocolate Ave, Ste 300
Hershey, PA 17033   (717) 533-3280

10. **TELEPHONE NUMBER:** 717-533-3280
11. **DATE:** 8/18/21
12. **SIGNATURE:** /s/ K Bonner

---

**SPACE BELOW FOR USE OF SHERIFF ONLY – DO NOT WRITE BELOW THIS LINE**

13. I acknowledge receipt of the writ or complaint as indicated above
**SIGNATURE of Authorized DCSD Deputy or Clerk and Title:** [signature]
14. **Date Filed:** 8-18-21
15. **Expiration/Hearing date:** 90 day

**TO BE COMPLETED BY SHERIFF**

16. Served and made known to _alias_ _____, Defendant(s) on the 3 day of 9 S/A, 20 21, at 158 o'clock, P.M. at _____ Street, County of Delaware, Commonwealth of Pennsylvania, in the manner described below:
- ☐ Defendant(s) personally served.
- ☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
- ☐ Adult in charge of Defendant's residence.
- ☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
- ☐ Agent or person in charge of Defendant's office or usual place of business.
- ☒ Posted
- ☐ Other

On the ___ day of _____, 20___, at ___ o'clock ___ M.
Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☐ Other

**REMARKS / RETURNED:** a B/Male came to door, said he wasn't def. He was just working. B/Male approach vehicle confirmed he was the owner. Advise me I was trespassing and was going to be reported to FBI. I advised the B/Male that I wish him well and hope everything works out. B/Male took pics of my vehicle

17. AFFIRMED and subscribed to before me this ___ day of _____, 20___
18. Signature of Dep. Sheriff: [signature]
19. Date: 9/3/21
20. day of _____
21. Signature of Sheriff: [signature]
22. Date: 9/3/21
23. _____ Notary Public

SHERIFF OF DELAWARE COUNTY
25. Date Received: 9:30 AM on 10-7-21

MY COMMISSION EXPIRES
24. I ACKNOWLEDGE RECEIPT OF THE SHERIFF'S RETURN SIGNATURE OF AUTHORIZED ISSUING AUTHORITY AND TITLE.

Eviction & Locks changed by A-Town property company, eviction was completed and property stored @ metro storage. Owner was advised he would be trespassing. 1. ISSUING AUTHORITY Owner arrived on property

FILED 11-16-2021 01:21 PM OFFICE OF JUDICIAL SUPPORT DELAWARE COUNTY, PA

DCSD-1-1989

Copying Prohibited